# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David G. Velde,

        Plaintiff,　　　　　　　　　　　Civil No. 06-3880 (RHK/RLE)

vs.　　　　　　　　　　　　　　　　　**ORDER**

Randy Allen Kroeplin,

        Defendant.

    This matter is venued in the Sixth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  April 13, 2007

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge